IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-CR-4 |
| ) | (VARLAN/GUYTON) |
| V. ) | |
| ) | |
| JONATHAN HAYES ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendant's Motion to Withdraw Defendant's Motion To Suppress Evidence [Doc. 19], filed on May 9, 2006. In support thereof, the defendant states that additional discovery material made available by the government supports his decision not to go forward with the motion. The defendant's Motion to Withdraw [**Doc. 19**] is **GRANTED**. Accordingly, his pending Motion to Suppress Evidence **[Doc. 11]** is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge